1 STEPHEN C. TEDESCO, Bar No. 130325
RYAN ABERNETHY, Bar No. 267538
2 LITTLER MENDELSON
650 California Street, 20th Floor
3 San Francisco, CA 94108
Telephone: 415.433.1940
4 Facsimile: 415.399.8490

5 Attorneys for Defendant
EXCEL BUILDING SERVICES, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUSANA MACIAS, | Case No. CV 10 4152 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| EXCEL BUILDING SERVICES, LLC., | |
| Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIP. & [PROPOSED] ORDER TO CONTINUE THE CMC AND DEF'S MTC ARBITRATION

## STIPULATION

Plaintiff Susan Macias and Defendant Excel Building Services, L.L.C. (collectively the "the Parties") in this action, by and through their respective attorneys, hereby stipulate to the following:

1. To continue the Case Management Conference in this case, currently scheduled for January 28, 2011 at 2:30 p.m. before this Court, to February 11, 2011. The reason for continuing the Case Management Conference is due to the unavailability of defendant's counsel.

2. To continue the hearing on Defendant's motion to compel arbitration, currently set for January 21, 2011 at 9:00 a.m. before this Court, to February 11, 2011. The reason for moving the hearing is to avoid the briefing of the opposition to conflict with Plaintiff's holiday schedule.

Dated: December 1, 2010

/S/ Stephen Tedesco
STEPHEN C. TEDESCO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
EXCEL BUILDING SERVICES, LLC.

Dated: December 1, 2010

/s/ Christopher Ho
CHRISTOPHER HO
LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
Attorney for Plaintiff

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

STIP. & [PROPOSED] ORDER TO CONTINUE THE
CMC AND DEF'S MTC ARBITRATION

2.

# ORDER

PURSUANT TO STIPULATION, the Case Management Conference is continued to February 11, 2011 at  2:30 , and the motion to compel arbitration is continued to February 11, 2011 at 9:00 a.m.  .

IT IS SO ORDERED.

DATED: _____, 2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Firmwide:98798344.1 023853.1013

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIP. & [PROPOSED] ORDER TO CONTINUE THE
CMC AND DEF'S MTC ARBITRATION

3.