1  STEPHEN C. TEDESCO, Bar No. 130325
   AIMEE E. AXELROD, Bar No. 255589
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Email: stedesco@littler.com
          aaxelrod@littler.com
6
   Attorneys for Defendant
7  EXCEL BUILDING SERVICES, LLC

8

9  ELIZABETH KRISTEN, Bar No. 218227
   CHARLOTTE NOSS, Bar No. 274647
10 THE LEGAL AID SOCIETY – EMPLOYMENT
   LAW CENTER
11 180 Montgomery St., Suite 600
   San Francisco, CA  941074
12 Telephone:    (415) 864-8848
   Facsimile:    (415) 593-0096
13 Email: ekristen@las-elc.org
          cnoss@las-elc.org
14
   Attorneys for Plaintiff
15 SUSANA MACIAS

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| SUSANA MACIAS, | Case No.  CV 10 4152 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |
| v. | |
| EXCEL BUILDING SERVICES, LLC., | Judge: Hon. Susan Illston<br>Dept:  Courtroom 10 |
| Defendant. | |

25      Plaintiff SUSANA MACIAS ("Plaintiff") and Defendant EXCEL BUILDING
26 SERVICES, LLC ("Defendant") jointly submit the following stipulation and [proposed] order
27 regarding dismissal of the above-entitled action with prejudice and continuing Court jurisdiction to
28 enforce the terms of the parties' settlement.

STIPULATED [PROPOSED] ORDER RE
DISMISSAL OF ACTION                                                    (Case No.  CV 10 4152 SI)

1     WHEREAS, the parties to this action engaged in mediation and reached a Settlement Agreement on May 3, 2011;

3     WHEREAS, the parties notified the Court of their settlement and the Court issued an Order of Dismissal Upon Settlement on May 9, 2011 (*Dkt 26*) indicating that the matter is dismissed with prejudice absent certification from a party that settlement has not in fact occurred within ninety days of such Order;

7     WHEREAS, the parties agreed that the case to be dismissed with prejudice but for the Court to retain jurisdiction for the sole purpose of enforcing the terms of the settlement until Plaintiff and Defendant certify that all terms, conditions, and obligations under the Settlement Agreement have been fully implemented;

11     IT IS HEREBY AGREED, STIPULATED, AND REQUESTED that the Court shall retain jurisdiction over this case until September 30, 2011, and IT IS HEREBY AGREED, STIPULATED, AND REQUESTED that the case shall otherwise be DISMISSED WITH PREJUDICE.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: __August 2, 2011__      __Elizabeth Kristen /s/__
                                            Attorneys for Plaintiff

DATED: __August 2, 2011__      __Stephen Tedesco /s/__
                                            Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __8/5/11__

Honorable Susan Illston
United States District/Magistrate Judge

Firmwide:102746567.1 023853.1013

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED [PROPOSED] ORDER RE DISMISSAL OF ACTION      2.      (Case No. CV 10 4152 SI)